Name: Ivy Hilton   Etubekaemelu M.
      Selaam Yehava   Okala-Cooper

Address: 375 Redondo Ave., #237
         Long Beach CA 90814

Phone: 323-677-3928

Fax: N/A

In Pro Per

FILED
CLERK, U.S. DISTRICT COURT
JUN 27 2024
CENTRAL DISTRICT OF CALIFORNIA
BY ASH DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Ivy Hilton   Etubekaemelu M.
Selaam Yehava  Okala-Cooper

CASE NUMBER: 2:24CV5479-DMG-JPR

Plaintiff

v.

Weingart Center Asso.
Dept of Health Services
Los Angeles Homeless Services Asso.

Defendant(s)

Unlawful eviction from LA Grand Hotel 333 S. Figueroa St, Los Angeles 900

(Enter document title in the space provided above)

Complaint: Above plaintiffs are being unlawfully evicted from place of residence without provision for suitable alternative housing in the form of a 12 month lease or housing voucher. Clients have also demanded relocation fees for the purpose of finding and maintaining said housing.

Page Number

E. Okala-Cooper 6/27/24

CV-127 (09/09)   PLEADING PAGE FOR A SUBSEQUENT DOCUMENT



June 19, 2024

**Room: 802, DHS**

**Dear Ivy Hilton,**

Please be advised that your **FINAL** exit date from the LA Grand Hotel is **Friday June 28, 2024**.

Your next place of residence will be:

> Mayfair Hotel
> 1256 West 7th Street
> Los Angeles, CA 90017

Anything left at the LA Grand will be discarded.

You are limited to two bags of personal property upon entry to the Mayfair.

The LA Grand hotel is closing, and no further accommodations can be made.

**Thank you,**

*[signature]*

**Helen**
**Case Manager**
**LA Grand Inside Safe**

EX. A



June 26, 2024

**Room: 807, LAHSA**

**Dear Ms. Yahvah,**

I hope this message finds you well.

I delivered a letter to you in person on **Wednesday, June 19, 2024**, notifying you of your exit date from the LA Grand on **Wednesday, June 26, 2024**, to the **Antonio Hotel (229 North Soto Street Los Angeles, CA 90033 (323) 210-4736**. The letter of notice has been documented to your profile in both the HMIS and Get Help databases.

I am not sure why you did not explain your need for funds for your storage unit at the time I checked your mail and delivered the letter to you. We could have met and explained the situation with my Program Manager to identify what your needs are and how we can make this transition to your next place of residence as seamless as possible. Problem Solving will take **2-3 weeks if not longer**, for them to approve you for funds regarding your preferred 10x10 storage unit, and there is no guarantee that it will happen before **Friday, June 28, 2024**. I will no longer be your point of contact after that date.

Attached is information about two free storages from Housing for Health. This is the only free option there is unless you have income investments for a personal storage. LA Grand Hotel is closing on **Friday, June 28, 2024,** and no accommodations can be made. You risk your personal belongings being discarded. The LA Grand hotel is closing, and no staff will be here after **Friday, June 28, 2024**.

You are limited to **TWO** bags of personal property upon entry to the Antonio Hotel. There, you will meet with a case manager who can assist you with your housing needs and pets are allowed.

I completely understand your concerns and I apologize if there was any confusion on anything related to your housing journey. I really do wish you the best in your endeavors.

**Kind Regards,**

*[signature]*

**Helen**
**Case Manager**
**LA Grand Inside Safe**

Ex. B

# LA Grand
## Notice of Termination (Exit from the Program)

| PROGRAM PARTICIPANT'S NAME | NAME OF SHELTER PROGRAM OPERATOR | PROGRAM NAME & ADDRESS |
|---|---|---|
| [Lisa 'Brooklyn' Cooper] | The Weingart Center | LA Grand<br>333 S Figueroa St, Los Angeles, CA 90071 |

TO: [Lisa 'Brooklyn' Cooper] and all other persons occupying ROOM/BED [335] at the LA Grand:

**PLEASE BE NOTIFIED** that your Exit Date from the LA Grand is [6/12/2024]

The LA Grand Program will end on June 30, 2024.
- Prior to your Exit Date, the Weingart Center staff will make best efforts to offer multiple alternative interim housing options.
- You will also receive a 30-day Notice of Termination to serve as a reminder of your Exit Date when you are 30-days away from your Exit Date.

**Please make sure to take all your belongings when you transition out of the LA Grand.** Any items remaining after you vacate/exit will be considered abandoned and will be discarded. We appreciate your patience as we work together to get you safely housed. If you have any questions, please reach out to program staff.

DATED: 3/15/2024

BY: Alexis Boothby, HFH
(Staff Name)

Name/Signature _[signature]_
(Staff Signature)

Ex. C

Page 1

V 3-13-24